[No. 23419-6-I.   Division One.   March 19, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES REED, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88-1-04830-1, James D. McCutcheon, Jr., J., entered December 15, 1988. *Reversed* by unpublished per curiam opinion.

[No. 22680-1-I.   Division One.   March 19, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. VICTOR V. BERRY, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 87-1-00026-4, Walter J. Deierlein, Jr., J., entered July 21, 1988. *Affirmed* by unpublished opinion per Grosse, A.C.J., concurred in by Webster and Forrest, JJ.

[No. 22346-1-I.   Division One.   March 19, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM C. HAWLEY, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 87-1-00712-6, John E. Rutter, Jr., J., entered May 6, 1988. *Affirmed* by unpublished opinion per Winsor, J., concurred in by Swanson and Pekelis, JJ.